LEWIS A. SCOTT ELLIOT, RESPONDENT, *v.* GEORGE C. WHITMORE, AND ANOTHER, APPELLANTS.[1]

APPEAL.—REVERSAL.—PROCEEDING BY COURT BELOW.—It appearing on appeal from the judgment, that the lower court has already set the judgment aside and granted a new trial, the judgment will be reversed.

(No. 409. Decided April 27, 1895. 40 P. R. 201.)

APPEAL from the District Court of the Third Judicial District. Hon. Charles S. Zane, *Judge.*

[1] [For the various phases of the litigation between Lewis A. Scott Elliot and George C. Whitmore, see *Elliot* v. *Whitmore*, 8 Utah, 253; *Ex parte Whitmore*, 9 Utah, 441; *Elliot* v. *Whitmore*, 10 Utah, 238, Id. 246, Id. 253; *Whitmore* v. *Harris*, Id. 259.—REP.]

Action by Lewis A. Scott Elliot against George C. Whitmore and another. From a judgment for plaintiff, defendants appeal. *Reversed.*

*Messrs. Brown & Henderson, Mr. E. D. Hoge,* for appellants.

*Mr. C. S. Varian, Messrs. Zane & Putnam,* for respondent.

MERRITT, C. J.:

This is an appeal from the judgment, and has been heretofore argued and submitted. It now appears that the judgment has been set aside and a new trial granted in the court below. For this reason the judgment is reversed, and the cause remanded for a new trial.

SMITH, J., concurs.